# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilstrap, James R. | US District Court, Eastern District of Texas | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

100 East Houston Street
Marshall, TX 75670

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Tommy B. & Lucille Jackson Slaughter Foundation No. 2 |
| 2. | Trustee | T. Whitfield Davidson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Marshall Floral Co.-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | 01/09/14 to 01/10/14 | Austin, TX | Educational seminar or program | Travel |
| 2. | ED TX Bar Assn. | 02/19/14 to 02/20/14 | Jefferson, TX | Educational seminar or program | Travel |
| 3. | State Bar of Texas | 02/21/14 to 02/23/14 | Austin, TX | Educational seminar or program | Travel |
| 4. | Texas Assoc. of Defense Counsel | 04/09/14 to 04/13/14 | Washington, DC | Educational seminar or progaam | Travel |
| 5. | State Bar of Texas | 05/17/14 to 05/18/14 | Ft. Worth, TX | Activity of professional association | Travel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Gilstrap, James R.** | 05/13/2015 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Federal Judicial Center | 05/19/14 to 05/24/14 | Berkley, CA | Educational seminar or program | Travel |
| 7. | State Bar of Texas | 08/15/14 to 08/17/14 | San Antonio, TX | Activity of professional association | Travel |
| 8. | FTI Consulting | 09/25/14 to 09/28/14 | Chicago, IL | Educational seminar or program | Travel |
| 9. | EDTX Bar Assn. | 10/21/14 to 10/25/14 | Plano, TX | Activity of profesional association | Travel |
| 10. | The University of Texas at Austin | 11/04/14 to 11/09/14 | Austin, TX | Educational seminar or program | Travel |
| 11. | State Bar of Texas | 11/14/14 to 11/16/14 | Houston, TX | Activity of professional association | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa Inc common stock | A | Dividend | L | T | | | | | |
| 2. American Electric Power-common stock | C | Dividend | M | T | | | | | |
| 3. Boeing Co. common stock | B | Dividend | M | T | | | | | |
| 4. Citigroup common stock | A | Dividend | J | T | | | | | |
| 5. Disney Co. common stock | B | Dividend | M | T | | | | | |
| 6. Exxon Mobil common stock | B | Dividend | L | T | | | | | |
| 7. Ford Motor Co. common stock | A | Dividend | K | T | | | | | |
| 8. General Electric common stock | D | Dividend | O | T | | | | | |
| 9. Home Depot common stock | A | Dividend | K | T | | | | | |
| 10. Intel common stock | B | Dividend | M | T | | | | | |
| 11. JNJ common stock | C | Dividend | O | T | | | | | |
| 12. McDonalds Corp. common stock | B | Dividend | L | T | | | | | |
| 13. Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 14. Norfork Southern Co. common stock | C | Dividend | N | T | | | | | |
| 15. Pepsico Inc. common stock | A | Dividend | K | T | | | | | |
| 16. Pfizer common stock | A | Dividend | J | T | | | | | |
| 17. Southern Co. common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MMM common stock | C | Dividend | N | T | | | | | |
| 19. Spdr S&P 500 ETF Trust common stock | B | Dividend | M | T | | | | | |
| 20. Woodside Petroleum common stock | A | Dividend | J | T | | | | | |
| 21. Weyerhaeuser common stock | A | Dividend | K | T | | | | | |
| 22. Mineral Rights, Harrison Co. TX, Comstock Ros.#2 GU | A | Royalty | J | Q | | | | | |
| 23. Mineral Rights, Harrison Co. TX, Comstock-Kennedy GU | C | Royalty | J | Q | | | | | |
| 24. Mineral Rights, Harrison Co. TX H.T. Newman GU | B | Royalty | J | Q | | | | | |
| 25. Berkshire Hathaway Class B common stock | A | Dividend | K | T | | | | | |
| 26. Coca Cola Co. common stock | B | Dividend | L | T | | | | | |
| 27. Colgate Palmolive Co. common stock | A | Dividend | J | T | | | | | |
| 28. Corning Inc. common stock | A | Dividend | J | T | | | | | |
| 29. EMC Corp. Mass common stock | A | Dividend | J | T | | | | | |
| 30. Microsoft common stock | A | Dividend | K | T | | | | | |
| 31. Proctor & Gamble common stock | D | Dividend | O | T | | | | | |
| 32. Invesco Large Cap. Growth Fund class B | A | Dividend | J | T | | | | | |
| 33. Alliance-Bernstein Large Cap Growth Fund class A | A | Dividend | J | T | | | | | |
| 34. Federated Muni Ultrashort Fd Is. #253 | A | Dividend | M | T | Sold (part) | 02/28/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mass Investors Growth Stock Fund Class A | A | Dividend | J | T | | | | | |
| 36. McGraw Hill Co. Inc. common stock | B | Dividend | J | T | | | | | |
| 37. Target Stores common stock | A | Dividend | J | T | | | | | |
| 38. Time Warner Inc. common stcok | A | Dividend | J | T | | | | | |
| 39. Time Inc common stock | A | Dividend | J | T | Spinoff (from line 38) | 06/09/14 | J | | |
| 40. Schlumberger Ltd. common stock | A | Dividend | K | T | | | | | |
| 41. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 42. Emerson Electric common stock | A | Dividend | K | T | | | | | |
| 43. IBM common stock | A | Dividend | J | T | | | | | |
| 44. Sysco Corp. comon stock | A | Dividend | J | T | | | | | |
| 45. Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 46. WalMart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 47. Muni Bond-Birmingham GO Bond | B | Interest | K | T | | | | | |
| 48. Muni Bond-Canyon Tx. Wtr. Authority Contr. Rev. | C | Interest | M | T | | | | | |
| 49. Muni Bond-El Paso TX Cert of Oblg. | D | Interest | M | T | | | | | |
| 50. Muni Bond-Crosby TX Indpt. Sch Dist. Tax Sch Bldg Bds. | C | Interest | M | T | | | | | |
| 51. Muni Bond-Irving TX ISD GO | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Muni Bond-Tenn State GO | B | Interest | M | T | Buy | 08/28/14 | M | | |
| 53. Muni Bond-Montgomery Co. TX GO | C | Interest | L | T | | | | | |
| 54. Muni Bond-Panola College GO | C | Interest | L | T | Buy | 08/28/14 | L | | |
| 55. Muni Bond-N. Ft. Bend TX Water Dist | C | Interest | M | T | | | | | |
| 56. Muni Bond-N. TX Water Dist Rev. | B | Interest | L | T | | | | | |
| 57. Muni Bond-Pearland TX Cert of Oblg. | C | Interest | M | T | | | | | |
| 58. Muni Bond-Port Arthur Tx. Indpt.School District | C | Interest | M | T | | | | | |
| 59. Muni Bond-Katy Tex Indpt. Sch. Dist Tax Sch Bldg Bds. | C | Interest | M | T | | | | | |
| 60. Muni Bond-San Marcos TX Water Rev. | B | Interest | | | Redeemed | 08/15/14 | K | | |
| 61. Muni Bond-Victoria TX Cert of Oblig. | B | Interest | K | T | | | | | |
| 62. Muni Bond-Galveston Co. TX Housing Rev. | B | Interest | J | T | | | | | |
| 63. Muni Bond-Valley AL Hosp. Rev | A | Interest | | | Redeemed | 03/03/14 | K | | |
| 64. Muni Bond-TN Housing Dev Rev. | B | Interest | K | T | | | | | |
| 65. Muni Bond-Denver CO. Convention Ctr. Rev. | B | Interest | L | T | | | | | |
| 66. Muni Bond-Zapata Co. TX GO | B | Interest | K | T | | | | | |
| 67. Muni Bond-Destin FL Rev. | A | Interest | | | Redeemed | 03/24/14 | K | | |
| 68. Muni Bond-Prosper TX GO | B | Interest | M | T | Buy | 02/28/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Muni Bond-MS State Univ. Rev | B | Interest | K | T | | | | | |
| 70. Muni Bond-Tyler TX Jr. College Rev. | A | Interest | K | T | | | | | |
| 71. Muni Bond-Dickens Co. TX Pub. Fac. Rev. | B | Interest | J | T | | | | | |
| 72. Muni Bond-Leander TX ISD Zero Coupon Bond | | None | L | T | | | | | |
| 73. Muni Bond-TN Energy Acq. Rev. | B | Interest | K | T | | | | | |
| 74. Muni Bond-Monett MO Tax Incr. Rev. | A | Interest | | | Redeemed | 07/01/14 | J | | |
| 75. Muni Bond-Bowling KY GO | B | Interest | K | T | | | | | |
| 76. Muni Bond-Knox Co. TN Health Fac. Rev. | B | Interest | K | T | | | | | |
| 77. Muni Bond-Mineola TX GO | B | Interest | K | T | | | | | |
| 78. Mineral Rights, Harrison Co. TX NFR-Dinkle GU | D | Royalty | K | Q | | | | | |
| 79. Mineral Rights, Harrison Co. TX NFR-Blalock GU | C | Royalty | K | Q | | | | | |
| 80. Mineral Rights, Harrison Co. TX Forest Oil-Dickard GU | A | Royalty | J | Q | | | | | |
| 81. Mineral Rights, Harrison Co. TX BP-Frank Davis GU | B | Royalty | J | Q | | | | | |
| 82. Mineral Rights, Harrison Co. TX PennVa-Foreman GU | D | Royalty | K | Q | | | | | |
| 83. Mineral Rights, Harrison Co. TX Valence Oper-Mobley GU | B | Royalty | K | Q | | | | | |
| 84. Mineral Rights, Harrison Co. TX Valence-A. Snider GU | A | Royalty | J | Q | | | | | |
| 85. ███ Harrison Co., TX Timber Tract | | None | M | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.       Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 87.       Harrison Co. TX Timber Tract | | None | M | Q | | | | | |
| 88.       Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 89.       Cass Co. TX Timber Tract | | None | N | Q | | | | | |
| 90. Mineral Rights, Panola Co. TX Vice Shivers GU | A | Royalty | J | Q | | | | | |
| 91. CapitalOne Bank-Marshall TX various bank acct.s | D | Interest | M | T | | | | | |
| 92. BancorpSouth-Marshall TX checking acct. | | None | J | T | | | | | |
| 93. Guaranty Bank & Trust (Formally First State Bank, Hallsville TX ) CD | A | Interest | M | T | | | | | |
| 94. Chase Bank-Marshall TX M/Mkt. acct #1 | A | Interest | K | T | | | | | |
| 95. First St. Bank Carthage TX M/Mkt. acct | B | Interest | N | T | | | | | |
| 96. Edward Jones Cash Mgn. Acct.#1 | A | Interest | O | T | | | | | |
| 97. TX Bank & Trust; M/Mkt accts | C | Interest | M | T | | | | | |
| 98. CapitalOne Bank-Marshall TX Agency CMA acct. | A | Interest | M | T | | | | | |
| 99. Chase Bank-Marshall, TX M/Mkt. acct. #2 | | None | | | Closed | 01/04/14 | J | | |
| 100. BancorpSouth Marshall, TX CD | A | Interest | M | T | | | | | |
| 101. Citizens National Bank-Marshall TX M/ Mkt. acct. | A | Interest | N | T | | | | | |
| 102. Edward Jones Cash Mgn. Acct. #2 | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Denton TX Util. Dist. Rev Muni | C | Interest | M | T | | | | | |
| 104. Carriage Service Corp. common stock | A | Dividend | J | T | | | | | |
| 105. Reassure America Universal Life Policy | B | Interest | K | T | | | | | |
| 106. Foundation #1 | G | Int./Div. | P1 | T | | | | | |
| 107. -Fidelity M/Mkt Acct. and CapOne checking acct. | | | | | | | | | |
| 108. -Accenture common stock | | | | | | | | | |
| 109. -Ensco PLC Class A common stock | | | | | | | | | |
| 110. -Frontline Common stock | | | | | Sold | 02/10/14 | J | | |
| 111. -AT&T common stock | | | | | | | | | |
| 112. -Abbott Labs common stock | | | | | | | | | |
| 113. -Abbvie Inc. common stock | | | | | Buy | 01/02/14 | J | | |
| 114. -Altria Group common stock | | | | | | | | | |
| 115. -American Express common stock | | | | | | | | | |
| 116. -Amgen common stock | | | | | | | | | |
| 117. -Apache corp. common stock | | | | | | | | | |
| 118. -Apple Inc. common stock | | | | | | | | | |
| 119. -Auto Data Processing common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Becton Dickinson common stock | | | | | | | | | |
| 121.  -Boeing common stock | | | | | | | | | |
| 122.  -Cdk Global Inc. common stock | | | | | Spinoff (from line 119) | 10/01/14 | J | | |
| 123.  -CSX common stock | | | | | | | | | |
| 124.  -Chevron common stock | | | | | | | | | |
| 125.  -Coca Cola common stock | | | | | | | | | |
| 126.  -ConocoPhillips common stock | | | | | | | | | |
| 127.  -Deere & Co. common stock | | | | | | | | | |
| 128.  -Digital Rlty. Tr. Inc. common stock | | | | | | | | | |
| 129.  -Disney common stock | | | | | | | | | |
| 130.  -Dominion Res. common stock | | | | | | | | | |
| 131.  -DuPont common stock | | | | | | | | | |
| 132.  -Entergy common stock | | | | | | | | | |
| 133.  -Enterprise Prods Partners LP com unit | | | | | Buy | 01/04/14 | K | | |
| 134.  -ExxonMobil common stock | | | | | | | | | |
| 135.  -Fluor Corp. common stock | | | | | | | | | |
| 136.  -GE common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Goldman Sachs common stock | | | | | | | | | |
| 138. -Home Depot common stock | | | | | | | | | |
| 139. -Honeywell common stock | | | | | | | | | |
| 140. -Intel common stock | | | | | | | | | |
| 141. -IBM common stock | | | | | | | | | |
| 142. -EAFE Index Fund | | | | | | | | | |
| 143. -Russell 2000 Value Index Fund | | | | | | | | | |
| 144. -Chase common stock | | | | | | | | | |
| 145. -JNJ common stock | | | | | | | | | |
| 146. -Kraft Foods Group Inc. common stock | | | | | | | | | |
| 147. -Eli Lilly common stock | | | | | | | | | |
| 148. -McDonald's common stock | | | | | | | | | |
| 149. -McKesson common stock | | | | | | | | | |
| 150. -Medtronic common stock | | | | | | | | | |
| 151. -Microsoft common stock | | | | | | | | | |
| 152. -Mondelez Int. Inc. common stock | | | | | | | | | |
| 153. -Monsanto common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -National Oilwell Inc. common stock | | | | | | | | | |
| 155. -Nike common stock | | | | | | | | | |
| 156. -Novartis common stock | | | | | | | | | |
| 157. -NOW Inc. common stock | | | | | Spinoff (from line 154) | 06/02/14 | J | | |
| 158. -Oracle common stock | | | | | | | | | |
| 159. -Plains All Amern Pipeline LP LTD Partnership Int. | | | | | Buy | 01/04/14 | K | | |
| 160. -PNC finl. Svcs Group common stock | | | | | | | | | |
| 161. -Pfizer Inc. common stock | | | | | | | | | |
| 162. -Philip Morris common stock | | | | | | | | | |
| 163. -Phillips 66 common stock | | | | | | | | | |
| 164. -PG common stock | | | | | | | | | |
| 165. -Qualcomm common stock | | | | | | | | | |
| 166. -Royal Dutch Shell PLC common stock | | | | | | | | | |
| 167. -S&P 400 Midcap Eft Trust | | | | | | | | | |
| 168. -Schumberger common stock | | | | | | | | | |
| 169. -Sempra Energy common stock | | | | | Sold | 02/10/14 | J | | |
| 170. -Simon Ppty Group common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Southern Co, common stock | | | | | | | | | |
| 172. -Texas Instr. common stock | | | | | Sold | 02/10/14 | J | | |
| 173. -3M common stock | | | | | | | | | |
| 174. -Travelers common stock | | | | | | | | | |
| 175. -Verizon common stock | | | | | | | | | |
| 176. -Vodafone Group common stock | | | | | | | | | |
| 177. -Wells Fargo common stock | | | | | | | | | |
| 178. -Conoco Inc. Sr. Note | | | | | Buy | 01/04/14 | M | | |
| 179. -General Elec Cap. Corp. MTN Note | | | | | Buy | 01/04/14 | M | | |
| 180. -Honeywell Inc. Deb. Note | | | | | Buy | 01/30/14 | M | | |
| 181. -International Business Machs Corp. Deb. Note | | | | | Buy | 02/28/14 | M | | |
| 182. -Merck & Co. Inc. Deb. Note | | | | | Buy | 01/04/14 | M | | |
| 183. -Vanguard Total Bond Mkt. Index Fund | | | | | | | | | |
| 184. -CapitalOne checking/operating acct. | | | | | | | | | |
| 185. -Mineral Rights; BP-W.E. Jackson GU, Harrison Co, Tx | | | | | | | | | |
| 186. -Mineral Rights; BP-Findley-B GU, Harrison Co, Tx | | | | | | | | | |
| 187. -Mineral Rights; BP-Geo. Slaughter-B GU, Harrison Co, Tx | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Foundation #2 | E | Int./Div. | P1 | T | | | | | |
| 189. -CapitalOne Bank-checking | | | | | | | | | |
| 190. -_____ timberland in NW Harrison Co., TX | | | | | | | | | |
| 191. -Emerson Elecric common stock | | | | | | | | | |
| 192. -JNJ common stock | | | | | | | | | |
| 193. -Pepsico common stock | | | | | | | | | |
| 194. -PG comon stock | | | | | | | | | |
| 195. -Royal Dutch Shell common stock-ADR | | | | | | | | | |
| 196. -Mineral Rights; TexOk-Davidson #3 oil unit, Harrison Co, Tx | | | | | | | | | |
| 197. -Mineral Rights; TexOk-Davidson #7 oil unit, Harrison Co, Tx | | | | | | | | | |
| 198. -Mineral Rights; TexOk-Davidson #13 oil unit, Harrison Co,Tx | | | | | | | | | |
| 199. -Mineral Rights; Harleton O&G-Davidson well, Harrison Co, Tx | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for all items listed in Part VII was 12-31-14.

Tommy B. and Lucille Jackson Slaughter Foundation No. 2 is identified in Part VII as Foundation #1.

T. Whitfield Davidson Foundation is identified in Part VII as Foundation #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James R. Gilstrap**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544